Submitted May 3, affirmed June 3, petition for review denied November 4, 2021
(368 Or 702)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID ARTHUR KREDIET,
*Defendant-Appellant.*

Clackamas County Circuit Court
18CR23561; A172218

487 P3d 451

Ulanda L. Watkins, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Kirsten M. Naito, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Ciraulo*, 367 Or 350, 478 P3d 502 (2020); *State v. Flores Ramos*, 367 Or 292, 478 P3d 515 (2020); *State v. Shelnutt*, 309 Or App 474, 483 P3d 53 (2021).